LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHERINE R. LOO, CSB No. 162029
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8984
    Facsimile: (415) 744-0134
    E-Mail: katherine.loo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JUAN JAMIE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:09-00397-GSA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME** |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Opening Brief be extended by 30 days, from to November 4, 2009 to December 4, 2009.

//

//

//

//

//

Stipulation and Proposed Order to Extend Time
Civil No. 1:09-00397-GSA

This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief. The parties enter into this stipulation on the basis that the Certified Administrative Transcript is incomplete. A supplemental transcript will be prepared and lodged with the Court.

Respectfully submitted,

Dated: November 4, 2009

/s/ *Sengthiene Bosavanh*
(As authorized via telephone* on 11/4/09)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: November 4, 2009

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ *Katherine R. Loo*
KATHERINE R. LOO
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **November 5, 2009**          /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Extend Time
Civil No. 1:09-00397-GSA